### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Biagioli,<br>　　　　　Plaintiff<br><br>　　v.<br><br>Credit Control, LLC,<br>　　　　　Defendant | Docket No. 3:21-CV-2008<br><br>(JUDGE ROBERT D. MARIANI) |

### **STIPULATION TO EXTEND DEADLINES**

1. Currently, the deadline for discovery in this matter is April 28, 2023.

2. The parties have been engaging in discovery, and are preparing to conduct depositions.

3. However, due to scheduling conflicts involving counsel and the parties, it will not be possible for depositions to be completed by the current discovery deadline.

4. Counsel for the parties have conferred in good-faith, and believe that a 60-day extension of time will be sufficient for depositions to be completed.

5. Additionally, the parties believe that the deadline for dispositive motions should likewise be extended.

6. This request is not being made for any improper purpose, and is instead being made due to *bona fide* scheduling conflicts.

7. Thus, the parties request that the Court approve this stipulation and:

    a. extend the deadline for depositions to June 30, 2023, and

    b. extend the deadline for dispositive motions to August 31, 2023.

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Brendan Little (with consent)* |
| Brett Freeman | Brendan Little |
| Bar Number: PA 308834 | Bar Number PA 317322 |
| FREEMAN LAW | Lippes Mathias, LLP |
| 210 Montage Mountain Road | 50 Fountain Plaza, Suite 1700 |
| Moosic, PA 18512 | Buffalo, NY 14202 |
| Attorney for Plaintiff | Attorney for Defendant |

Phone (570) 589-0010                    Phone (716) 853-5100
Fax (570) 456-5955                      Fax (716) 853-5199
Email: brett@freeman.law                Email: blittle@lippes.com

## **ORDER**

So ordered.

Date:_____              _____
                                        Robert D. Mariani
                                        United States District Judge