IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Biagioli,<br>      Plaintiff<br>v.<br><br>Credit Control, LLC,<br>      Defendant | Docket No. 3:21-CV-2008<br><br>(JUDGE ROBERT D. MARIANI) |

## ORDER

Upon consideration of the Consent Motion to Stay Case, it is hereby ordered that the motion is GRANTED. This matter is stayed pending further order of the Court. Within 30 days of the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925, the parties shall file a status report informing the Court of the result, and asking the Court to lift the stay.

Date: 5/9/23

Robert D. Mariani
United States District Judge

FILED
SCRANTON

MAY 09 2023

PER _____
DEPUTY CLERK